Form fnldec (12/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Maryland**
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

---

**Case No.: 05−19163 Chapter: 7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Dimika D. Evans
*debtor has no known aliases*
3300 Curtis Drive, Apt. 301
Suitland, MD 20746

Social Security No.: xxx−xx−9197

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 4/19/05

---

# FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Gary A. Rosen is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; and the chapter 7 case of the above named debtor is closed.

Dated: 7/21/05

*Nancy V. Alquist*
U.S. Bankruptcy Judge